## J. Wilson v. The State.

No. 21025. Delivered April 10, 1940.
Rehearing Denied May 15, 1940.

The opinion states the case.

*McCoy, Hill & Brady,* of Houston, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

GRAVES, Judge.

It is alleged in the indictment herein that appellant had committed the crime of burglary, and further that in cause No. 41105 in the District Court of Harris County, on September 20, 1935, the appellant had theretofore been convicted of robbery by assault; and that in cause No. 35302, in the same court, on May 27, 1931, appellant was convicted of the offense of burglary. Upon conviction in the instant case, alleged and proven to have been committed on June 22, 1939, for a felony, and proof of the conviction of the other two felonies charged, the court sentenced appellant to the penitentiary for life.

Under Article 63, P. C., this was the proper procedure. The testimony is sufficient on all matters, the identity of appellant being established in each felony.

### ON APPELLANT'S MOTION FOR REHEARING.

CHRISTIAN, Judge.

Appellant has filed a general motion for rehearing. He fails to specify any grounds of error.

We have carefully re-examined the record in the light of the original opinion herein. Such examination leads us to the conclusion that the record fails to reflect error, and, further, that the evidence is sufficient to support the judgment of conviction.

The motion for rehearing is overruled.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.